IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JOSE CASTILLO JR. | § | |
| v. | § | CIVIL ACTION NO. 6:08cv434 |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT

The Petitioner Jose Castillo Jr., proceeding *pro se*, filed this application for the writ of habeas corpus complaining of the legality of disciplinary action taken against him during his confinement in the Texas prison system. This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

Castillo complained that he received a disciplinary case resulting in 45 days of cell and commissary restrictions, 15 days of solitary confinement, and reduction in classification status from State Approved Trusty IV to Line Class III. He did not lose any good time. After review of the pleadings, the Magistrate Judge issued a Report recommending that the petition be dismissed because Castillo failed to show the deprivation of a constitutionally protected liberty interest. A copy of this Report was sent to Castillo at his last known address, return receipt requested, but no objections have been received; accordingly, he is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the district court. Douglass v. United Services Automobile Association, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has reviewed the pleadings and the Report of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. It is accordingly

ORDERED that the Report of the Magistrate Judge is hereby ADOPTED as the opinion of the District Court. It is further

ORDERED that the above-styled application for the writ of habeas corpus is hereby DISMISSED with prejudice. Finally, it is

ORDERED that any and all motions which may be pending in this action are hereby DENIED.

**So ORDERED and SIGNED this 18th day of December, 2008.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**